UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CENTERA BIOSCIENCE, D/B/A NOOTROPICS DEPOT, AND PAUL EFTANG,<br><br>        Defendants. | CASE NO. 1:23-CR-00069 |

## CENTERA BIOSCIENCE'S SENTENCING MEMORANDUM

Centera Bioscience, d/b/a Nootropics Depot ("Centera Bioscience"), by and through its undersigned counsel, hereby files this sentencing memorandum respectfully requesting the Court impose the parties' agreed-upon sentence, as set forth in the Plea Agreement (Dkt. No. 2) and stipulated as binding under Fed. R. Crim. P. 11(c)(1)(C), of three years of probation and the imposition of no fine on one count of the strict liability offense of introduction of a misbranded drug into interstate commerce. 21 U.S.C. § 331(a). Pursuant to the terms of the Plea Agreement and Fed. R. Crim. P. 32.2(b)(1), Centera Bioscience has voluntarily forfeited to the United States $2.4 million.

Centera Bioscience requests that the Court impose the sentence set forth in the Plea Agreement filed with this Court.

Dated: January 26, 2024

Respectfully submitted,

/s/ Thomas P. Colantuono
Thomas P. Colantuono
(NH Bar No. 464)
Ward Law Group PLLC

28 Webster Street
Manchester, NH  03104
tcolantuono@wardlawnh.com
Ph: (603) 232-5220 x. 12

George M. Karavetsos
(FL Bar No. 1020712)
Buchanan Ingersoll & Rooney PC
One Biscayne Tower,
Two South Biscayne Boulevard,
Suite 1500, Miami FL 33131-1822
George.karavetsos@bipc.com
Ph: 305-347-4091
*Admitted Pro Hac Vice*

Allison L. Borgatti
(PA Bar No. 311981)
Buchanan Ingersoll & Rooney PC
50 S 16th St Suite 3200,
Philadelphia, PA 19102
Allison.borgatti@bipc.com
Ph: 215-665-5338
*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024 the above document was served electronically

upon all counsel of record through the CM/ECF filing system.


/s/ George M. Karavetsos
George M. Karavetsos
(FL Bar No. 1020712)